Commonwealth *v.* Deas, Appellant.

Argued June 12, 1970.
*Donald K. Stern,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James T. Owens,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Dombach, Appellant.

Submitted June 12, 1970. *Henry C. Haefner,* for appellant; *D. Richard Eckman,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.